KORDAB LAW OFFICES
HEKMAT KORDAB, ESQ. (SBN: 303850)
Email: matt@kordablaw.com
YADIRA DE LA ROSA, ESQ. (SBN:326163)
Email: yadira@kordablaw.com
WILLIAM KORDAB, ESQ. (SBN: 352597)
Email: william@kordablaw.com
300 S. Harbor Blvd. Suite 820
Anaheim, CA 92805
PHONE#: 714-881-0581
FAX#: 714-881-0582

Attorneys for Plaintiff ELOY MONDRAGON

*[See additional counsel on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY MONDRAGON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLOWSERVE US, INC., a Delaware Corporation; FLOWSERVE CORPORATION. a New York Corporation; and DOES, 1 to 25, inclusive<br><br>Defendants. | Case No. 2:25-cv-00487-MWC (JPRx)<br><br>**STIPULATION AND JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  December 17, 2024<br>Removal Filed:    January 17, 2025 |

Hardy R. Murphy CA Bar No. 187149
hardy.murphy@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-438-5852
Facsimile:   213-239-9045

Brett A. Overby, CA Bar No. 317653
brett.overby@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:  858-652-3100
Facsimile:   858-652-3101

Attorneys for Defendants FLOWSERVE US, INC.,

and FLOWSERVE CORPORATION

STIPULATION AND JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Eloy Mondragon ("Plaintiff") and Defendants Flowserve US, Inc. and Flowserve Corporation ("Defendants") stipulate and jointly request that this Court enter this dismissal with prejudice of Plaintiff's Complaint, in its entirety, in the above-entitled action.  Each party shall bear his/its own costs and attorney fees.

IT IS SO STIPULATED.

DATED:  March 19, 2026                    KORDAB LAW OFFICES


                                          By: _____
                                               Hekmat Kordab
                                               Yadira De La Rosa
                                               William Kordab

                                          Attorneys for Plaintiff
                                          ELOY MONDRAGON

DATED:  April 30, 2026                    OGLETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.



                                          By:  /s/ Hardy R. Murphy
                                               Hardy R. Murphy
                                               Brett A. Overby

                                          Attorneys for Defendants FLOWSERVE
                                          US, INC.,
                                          and FLOWSERVE CORPORATION

2                    Case No. 2:25-cv-00487-MWC (JPRx)

STIPULATION AND JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Hardy Ray Murphy, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 30, 2026

By:    /s/  Hardy  Ray  Murphy
          Hardy Ray Murphy

Case No. 2:25-cv-00487-MWC (JPRx)

STIPULATION AND JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE