# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY MONDRAGON,<br><br>Plaintiff,<br><br>v.<br><br>FLOWSERVE US COMPANY, *a Delaware Corporation Erroneously Sued as Flowserve US, Inc.*; FLOWSERVE CORPORATION, *a New York Corporation*; and DOES, *1 to 25, inclusive*,<br><br>Defendants. | Case No. 2:25-cv-00487-MWC-DMK<br><br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Upon review of the parties' Stipulation and Joint Request for Dismissal of Entire Action with Prejudice (Dkt. # 34), the Stipulation is **GRANTED**.  The Stipulation is signed by both parties who have appeared in this action.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); C.D. Cal. L.R. 7-1.  Accordingly, this action is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  June 3, 2026

Hon. Michelle Williams Court
United States District Judge

2